# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAUVON MARQUICE HOWARD HERD, | Case No. 1:26-cv-00364-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND |
| v. | DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT |
| COMMISSIONER OF SOCIAL SECURITY, | UNDER E-SERVICE PROGRAM |
| Defendant. | (ECF Nos. 1, 2) |

Plaintiff filed a complaint on January 16, 2026, challenging a final decision of the Commissioner of Social Security denying an application for benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

The Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Therefore, the Court will order that the complaint in this action be served, pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service on the Defendant shall proceed under the Court's e-service program.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

2.    The Clerk of the Court is DIRECTED to issue a summons and new case documents; and

1

3.    The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    **January 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2