# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAUVON MARQUICE HOWARD HERD,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-00364-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 11) |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opening brief in support of reversing or modifying a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits.  See 42 U.S.C. 405(g).  For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have through **June 19, 2026**, to file an opening brief.  The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated:   **March 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge